UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FERNANDO BAUTISTA,
                Defendant.

12-CR-280 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A hearing regarding Defendant's supervised release was held in this case on June 15, 2023. For the reasons stated by the Court on the record, and on consent of both parties and the Probation Department, Defendant's term of supervised release is hereby terminated, and the summons issued on June 6, 2023 is hereby vacated.

    SO ORDERED.

Dated: June 16, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge